MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
**JONES & DYER**
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Telephone: 916-552-5959
Facsimile: 916-442-5959

Attorneys for Defendant COUNTY OF NAPA, a public entity; NAPA COUNTY CHILD WELFARE SERVICES SOCIAL WORKER NANCY LEFLER, Individually; NAPA COUNTY CHILD WELFARE SERVICES SOCIAL WORKER ROCIO DIAZ-LARA, Individually

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLEIGH SLUSHER, Deceased, THROUGH HER SUCCESSOR IN INTEREST JASON SLUSHER; JASON SLUSHER, Individually; ROBIN SLUSHER, Individually; and BENNY SLUSHER, Individually<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF NAPA, a public entity; NAPA POLICE OFFICER GARRETT WADE, Individually; NAPA POLICE OFFICER DEGUILIO, Individually; NAPA CHIEF OF POLICE RICHARD MELTON, Individually and in his Official Capacity; COUNTY OF NAPA, a public entity; NAPA COUNTY CHILD WELFARE SERVICES SOCIAL WORKER NANCY LEFLER, Individually; NAPA COUNTY CHILD WELFARE SERVICES SOCIAL WORKER ROCIO DIAZ-LARA, Individually; and DOES 1-50, Jointly and Severally,<br><br>Defendant(s). | Case No.: 4:15-CV-02394-SBA<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO BE EXCUSED FROM ATTENDANCE AT SETTLEMENT CONFERENCE (AS MODIFIED)<br><br>Date: March 1, 2016<br>Time: 11:00 a.m.<br>Hon. Donna M. Ryu<br><br>Trial Judge: Hon. Saundra B. Armstrong |

Counsel for Defendants County of Napa, Nancy Lefler and Rocio Diaz-Lara filed a letter request that Nancy Lefler and Rocio Diaz-Lara, social workers employed by the County of Napa, be excused from attendance at the Settlement Conference set for March 1, 2016 at 11:00 a.m. Counsel for

1

[~~PROPOSED~~] ORDER GRANTING REQUEST TO BE EXCUSED
FROM ATTENDANCE AT SETTLEMENT CONFERENCE

1  said Defendants contacted all other counsel in the case regarding Defendants' request to be excused
2  from attendance, and no counsel objects to the request. Accordingly, for the reasons set forth in the
3  letter request filed by counsel for the County of Napa Defendants, and in light of the absence of any
4  objection by any other counsel in the case, the court grants the defendants request and orders that
5  Defendants Nancy Lefler and Rocio Diaz-Lara are excused from attending the Settlement Conference
6  set for March 1, 2016 at 11:00 a.m. If the Court concludes that the absence of Defendants Nancy Lefler and Rocio Diaz-Lara is interfering with the settlement conference, the Court may continue the settlement
7  GOOD CAUSE APPEARING, IT IS SO ORDERED    conference and may order personal attendance by each party including
8  Date: January 14, 2016    Defendants Nancy Lefler and Rocio Diaz-Lara.

By: _____
Honorable Donna M. Ryu
District Court Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

2
[PROPOSED] ORDER GRANTING REQUEST TO BE EXCUSED
FROM ATTENDANCE AT SETTLEMENT CONFERENCE