UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAYLEIGH SLUSHER, Deceased, THROUGH HER SUCCESSOR IN INTEREST JASON SLUSHER; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF NAPA, a public entity; et al., <br><br> Defendants. | Case No: C 15-2394 SBA <br><br> **ORDER HOLDING MOTIONS TO DISMISS IN ABEYANCE** |

In the interests of judicial economy and conserving the parties' resources, Defendants' respective motions to dismiss (Dkt. 85, 87) shall be held in ABEYANCE pending the Court's ruling on the County Defendants' motion to stay (Dkt. 84). The briefing schedule and hearing date on the motions to dismiss will be reset, if appropriate, at a later date. The briefing schedule on the motion to stay shall remain unchanged. Pursuant to Federal Rule of Civil Procedure 78(b) and Local Rule 7-1(b), the motion to stay may be resolved without oral argument.

IT IS SO ORDERED.

Dated: 5/16/16

SAUNDRA BROWN ARMSTRONG
United States District Judge