UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAYLEIGH SLUSHER, Deceased, THROUGH HER SUCCESSOR IN INTEREST JASON SLUSHER; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NAPA, a public entity; et al.,<br><br>Defendants. | Case No:  C 15-2394 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 85, 87 |

Plaintiffs shall file their responses to Defendants' respective motions to dismiss the Second Amended Complaint by no later than **August 26, 2016**.  Defendants shall file their respective reply briefs by no later than **September 2, 2016**.  The motions to dismiss will be resolved without oral argument unless the Court orders otherwise.

IT IS SO ORDERED.

Dated:  8/9/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge